```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 26588
   SHARON R HOLLOWAY
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-6720


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/03/2008 and was not confirmed.

     The case was dismissed without confirmation 01/12/2009.
------------------------------------------------------------------------------
 CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------

 AMERICAN GENERAL FINANCE   SECURED              981.83            .00             .00
 CITIFINANCIAL AUTO CREDI   SECURED VEHIC      17911.00            .00             .00
 CITIFINANCIAL AUTO CREDI   UNSECURED            492.44            .00             .00
 COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00             .00             .00
 COUNTRYWIDE HOME LOANS     MORTGAGE ARRE       1500.00            .00             .00
 COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00             .00             .00
 COUNTRYWIDE HOME LOANS     UNSECURED       NOT FILED              .00             .00
 COUNTRYWIDE HOME LOANS     MORTGAGE ARRE       2903.39            .00             .00
 SPRINT NEXTEL              UNSECURED           1290.44            .00             .00
 CAPITAL ONE                UNSECURED            638.19            .00             .00
 T MOBILE                   UNSECURED       NOT FILED              .00             .00
 AT&T                       UNSECURED       NOT FILED              .00             .00
 SPRINT PCS                 UNSECURED       NOT FILED              .00             .00
 NICOR GAS                  UNSECURED       NOT FILED              .00             .00
 PAYDAY LOAN STORE          UNSECURED       NOT FILED              .00             .00
 TARGET NATIONAL BANK       UNSECURED            215.95            .00             .00
 TARGET                     UNSECURED       NOT FILED              .00             .00
 COUNTRYWIDE HOME LOANS     MORTGAGE NOTI   NOT FILED              .00             .00
 RJM AQUISITIONS FUNDING    UNSECURED             87.36            .00             .00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        3,491.50                            .00
 TOM VAUGHN                 TRUSTEE                                                .00
 DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                       .00

 PRIORITY                                             .00
 SECURED                                              .00
 UNSECURED                                            .00
 ADMINISTRATIVE                                       .00
 TRUSTEE COMPENSATION                                 .00
 DEBTOR REFUND                                        .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 26588 SHARON R HOLLOWAY

```
                           ---------------      ---------------
TOTALS                                .00                   .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 03/05/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```